# Exhibit 2

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| U.S. Patent No. 9,924,744 Claims 1, 2, & 5 | Logic Pro E-Cigarette |
|---|---|
| 1. An electronic cigarette comprising a battery stick, a vaporizer assembly and a mouth piece that are connected together, characterized in that | The Logic Pro electronic cigarette ("Logic Pro e-cigarette") comprises a battery stick, a vaporizer assembly and a mouth piece that are connected together. |
| the battery stick comprises a battery, a casing tube of the battery stick for sheathing the battery, and a first connection portion arranged at an end of the casing tube of the battery stick adjacent to the vaporizer assembly; | The Logic Pro e-cigarette battery stick comprises a battery, a casing tube of the battery stick for sheathing the battery, and a first connection portion arranged at an end of the casing tube of the battery stick adjacent to the vaporizer assembly. |

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| the vaporizer assembly comprises a vaporizer, and a casing tube of the vaporizer for sheathing the vaporizer in an inner cavity of the casing tube; | The Logic Pro e-cigarette comprises a vaporizer assembly with a vaporizer and a casing tube of the vaporizer for sheathing the vaporizer in an inner cavity of the casing tube.<br><br> |
| the vaporizer comprises a vaporizer tube body, and a second connection portion arranged at an end of the vaporizer tube body adjacent to the battery stick; | The Logic Pro e-cigarette includes a vaporizer with a vaporizer tube body and a second connection portion arranged at an end of the vaporizer tube body adjacent to the battery stick.<br><br> |

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| a third connection portion is arranged at an end of the casing tube of the vaporizer adjacent to the battery stick; | The Logic Pro e-cigarette includes a third connection portion that is arranged at an end of the casing tube of the vaporizer adjacent to the battery stick.<br><br> |
| the second connection portion and the first connection portion abut against each other to be connected, the third connection portion is detachably connected to the first connection portion by means of a screw thread; | The Logic Pro e-cigarette includes a second connection portion and a first connection portion that abut against each other. The second connection portion is to be connected to the first connection portion, for example, when the battery stick is connected to the vaporizer assembly. The third connection portion of the Logic Pro e-cigarette is detachably connected to the first connection portion by means of a screw thread.<br><br> |

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| the first connection portion comprises a first connection seat having an outer thread and serving as a negative electrode electrically connected to a negative electrode of the battery, a first positive electrode arranged at a center of the first connection seat and electrically connected to a positive electrode of the battery, and a first insulation sleeve placed between the first positive electrode and the first connection seat; | The first connection portion of the Logic Pro e-cigarette comprises a first connection seat having an outer thread that serves as a negative electrode electrically connected to a negative electrode of the battery. The Logic Pro e-cigarette includes a first positive electrode arranged at a center of the first connection seat. The first positive electrode is electrically connected to a positive electrode of the battery. The Logic Pro e-cigarette includes a first insulation sleeve placed between the first positive electrode and the first connection seat.<br> |
| the second connection portion comprises a second connection seat serving as a negative electrode electrically connected to a heating coil of the vaporizer, a second positive electrode arranged at a center of the second connection seat and electrically connected to the heating coil of the vaporizer, and a second insulation sleeve placed between the second positive electrode and the second connection seat; | The Logic Pro e-cigarette includes a second connection portion, which comprises a second connection seat serving as a negative electrode electrically connected to a heating coil of the vaporizer. The Logic Pro e-cigarette includes a second positive electrode arranged at a center of the second connection seat and electrically connected to the heating coil of the vaporizer. The Logic Pro e-cigarette includes a second insulation sleeve placed between the second positive electrode and the second connection seat.<br> |

4

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| the second positive electrode has a central through hole along an axial direction of the second positive electrode for intercommunicating with a vaporizing cavity of the vaporizer, an end surface of the second positive electrode has a transversal groove along a radial direction of the end surface for intercommunicating with the central through hole; | The Logic Pro e-cigarette includes a second positive electrode with a central through hole along an axial direction of the second positive electrode for intercommunicating with a vaporizing cavity of the vaporizer. The Logic Pro e-cigarette includes an end surface of the second positive electrode with a transversal groove along a radial direction of the end surface for intercommunicating with the central through hole.<br><br> |
| the third connection portion has an inner thread engaging with the outer thread of the first connection seat; | The Logic Pro e-cigarette includes a third connection portion with an inner thread engaging with the outer thread of the first connection seat.<br><br> |

5

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| the first positive electrode and the second positive electrode abut against each other to be electrically connected, the first connection seat and the second connection seat are electrically connected; | The Logic Pro e-cigarette includes a first positive electrode and a second positive electrode that abut against each other to be electrically connected. The Logic Pro e-cigarette includes a first connection seat and a second connection seat that are electrically connected.<br> |
| the first connection seat has a step-like shape, a protruding step is formed at a middle portion of the first connection seat that has a maximum outer diameter; | The Logic Pro e-cigarette includes a first connection seat with a step-like shape. A protruding step is formed at a middle portion of the first connection seat that has a maximum outer diameter.<br> |

6

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| one side of the protruding step is provided with a first cylindrical wall having an outer diameter smaller than that of the protruding step, the first cylindrical wall is sheathed with an inner wall of said end of the casing tube of the battery stick, the outer diameter of the protruding step equals an outer diameter of the casing tube of the battery stick; | The Logic Pro e-cigarette includes a protruding step where one side of the protruding step is provided with a first cylindrical wall having an outer diameter smaller than that of the protruding step. The first cylindrical wall of the Logic Pro e-cigarette is sheathed with an inner wall of the end of the casing tube of the battery stick. The outer diameter of the protruding step equals an outer diameter of the casing tube of the battery stick.<br><br><br>protruding step<br>first cylindrical wall<br><br><br>diameter of protruding step equals diameter of casing tube<br>first cylindrical wall sheathed with casing tube of the battery stick |

7

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| the other side of the protruding step is provided with a second cylindrical wall having an outer diameter smaller than that of the protruding step and having the outer thread, one end of the second cylindrical wall is provided with a base wall having a central through hole, the central through hole is configured for installing the first positive electrode and the first insulation sleeve. | The other side of the protruding step is provided with a second cylindrical wall having an outer diameter smaller than that of the protruding step and having an outer thread. One end of the second cylindrical wall is provided with a base wall having a central through hole. The central through hole is configured for installing the first positive electrode and the first insulation sleeve.<br><br> |
| 2. The electronic cigarette according to claim 1, characterized in that the second connection seat is a cylindrical body having a protruding platform at one end thereof; | The second connection seat of the Logic Pro e-cigarette includes a cylindrical body having a protruding platform at one end.<br><br> |

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| an outer wall of the cylindrical body is sheathed with an inner wall of said end of the vaporizer tube body; | In the Logic Pro e-cigarette arrangement, an outer wall of the cylindrical body is sheathed with an inner wall of the end of the vaporizer tube body.<br> |
| an inner wall at a lower portion of the second connection seat is provided with a base wall, a tubular body is protruded from a center of the base wall, the tubular body is provided with a central through hole for installing the second insulation sleeve and the second positive electrode. | The Logic Pro e-cigarette includes an inner wall at a lower portion of the second connection seat with a base wall. A tubular body protrudes from a center of the base wall. The tubular body includes a central through hole for installing the second insulation sleeve and the second positive electrode.<br> |

**EXHIBIT 2 to Complaint**
Claim Chart for U.S. Patent No. 9,924,744 / Logic Pro Electronic Cigarette

| | |
|---|---|
| 5. The electronic cigarette according to claim 2, characterized in that the outer wall of the cylindrical body is provided with a circular groove configured for mounting a sealing ring. | The Logic Pro e-cigarette includes an outer wall of the cylindrical body with a circular groove configured for mounting a sealing ring.<br><br>circular groove<br><br>outer wall of the cylindrical body |